| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 02-00185-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 3:13-00032 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kevin Brown<br>160 Fate Ivy Road<br>Monterey, Tennessee, 38574 | Southern District of Alabama | Southern |
| | NAME OF SENTENCING JUDGE | |
| | Charles R. Butler, Jr. | |
| | DATES OF SUPERVISED RELEASE: | FROM 07/06/2012 — TO 07/05/2015 |

OFFENSE

21 U. S. C. Section 846, Conspiracy to Possess with Intent to Distribute Butanediol

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the *Middle District of Tennessee* upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 4, 2012
Date — Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE *Middle District of Tennessee*

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

2-6-13
Effective Date — United States District Judge